without costs, with leave to plaintiff to make a separate motion for bill of particulars. .

McLENNAN, P. J., not sitting.

SPICER, Appellant, v. STRYKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by C. Pamelia Spicer against Wilson H. Stryker and others.

PER CURIAM. Order amended, so as to direct that there be stricken from the third defence the words, "realleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth herein," and, as so amended, affirmed, without costs, with leave to plaintiff to make a separate motion for bill of particulars.

McLENNAN, P. J., not sitting.

SQUIRE, Appellant, v. ORDEMANN, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Benjamin Squire against Ernst Ordemann, impleaded. L. A. Gould, for appellant. H. H. Glass, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STAIGER, Appellant, v. KLITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Christopher Staiger against Robert H. Klitz and another. No opinion. Order affirmed, with $10 costs and disbursements.

STARR v. SPINGARN. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Michael Starr against Samuel R. Spingarn. No opinion. Motion denied, with $10 costs. Order filed.

STATE BOARD OF PHARMACY, Respondent, v. MATTHEWS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by the State Board of Pharmacy against Gardiner D. Matthews and another. E. E. Wise, for appellants. H. A. Herold, for respondent.

PER CURIAM. Determination affirmed, with costs. Judgment ordered for plaintiff, with costs. Order filed. See 52 Misc. Rep. 492, 102 N. Y. Supp. 507.

LAUGHLIN and HOUGHTON, JJ., dissent.

STEPHAN, Appellant, v. KATZ, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by John Stephan against Samuel Katz. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re STRANG. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) In the matter of the judicial settlement of the accounts of John R. Strang, etc. No opinion. Motion granted, allowing decision to be changed so as to give the Geneseo Gospel Society costs of the appeal payable out of the estate. See 105 N. Y. Supp. 566.

In re STREET BETWEEN BAYVIEW AVE. & ELDERT AVE., IN FIFTH WARD, BOROUGH OF QUEENS, IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) In the matter of the street between Bayview avenue & Eldert avenue, in the Fifth Ward, borough of Queens, in city of New York.

PER CURIAM. The order does not open a default, but in effect reviews and reverses the order confirming the report of the commissioners of estimate and assessment. Aside from the question of power, we do not think the papers presented justified the action of the court at Special Term. The order is reversed, with $10 costs and disbursements, and the motion denied, with costs.

STRUNSKY et al., Respondents, v. MINSKY, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Maurice I. Strunsky and another against Louis Minsky. No opinion. Motion to dismiss appeal denied, with costs.

STUDWELL et al., Appellants, v. PALLISER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by George H. Studwell and another against Melvin G. Palliser and another. No opinion. Judgment affirmed, with costs.

SWEENEY, Appellant, v. O'DWYER, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by John Sweeney against Edward F. O'Dwyer. R. Krause, for appellant. W. M. Seabury, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 45 Misc. Rep. 43, 90 N. Y. Supp. 806.

SWEET, Appellant, v. SWEET, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by D. Bradley Sweet against Fannie O. Sweet, individually, etc.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant shall within 15 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, and pay to the respondent's attorney $10 costs of this motion, in which event said motion is denied.

SWEZEY, Respondent, v. VILLAGE OF BATAVIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Hiram Swezey against the village of Batavia.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, J., dissents, upon the ground that it is not shown that the defendant refused or willfully neglected to comply with the judgment, and also that the fine is excessive.

SWEZEY, Respondent. v. VILLAGE OF BATAVIA, Appellant. (Supreme Court, Ap-

pellate Division, Fourth Department. October 19, 1907.) Action by Hiram Swezey against the village of Batavia. No opinion. Motion for leave to the Court of Appeals granted. Order to be settled and questions certified before Mr. Justice ROBSON on two days' notice.

TALCOTT v. MORAN. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by James Talcott against John A. Moran. No opinion. Motion granted, with $10 costs. Order filed.

TALLMAN, Appellant, v. E. F. GOODRICH CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Charles A. Tallman against the E. F. Goodrich Company of New York. No opinion. Judgment and order affirmed by default, with costs.

TAMBLIN et al., Respondents, v. DONELY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by James I. Tamblin and others against Frank Donely and others.

PER CURIAM. Motion to dismiss appeal as to John F. Donely and Frank Donely denied, with $10 costs and disbursements. Held that, in order to raise on the merits the question here presented, the attorneys for the respondents should have promptly notified the attorney for the appellants that he refused to recognize his notice of appeal for all defendants.

TANNER, Appellant, v. ECKHARDT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by F. J. Tanner, as receiver, etc., against John Eckhardt and others. No opinion. Judgment affirmed, with costs.

TAYLOR, Respondent, v. BENNINGTON CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Charles E. Taylor against the Bennington Construction Company. F. V. Johnson, for appellant. F. W. Park, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

TAYLOR, Respondent, v. KREISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Francis B. Taylor, as receiver, etc., against Stephen N. Kreischer. No opinion. Judgment of the County Court of Nassau county affirmed by default, with costs.

TAYLOR, Respondent, v. KREISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Francis B. Taylor, as receiver, etc., against Stephen N. Kreischer. No opinion. Motion to open default granted, on payment of $10 costs to the respondent, and cause to be noticed for argument at the next term of this court.

TAYLOR, Respondent, v. LISMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Elizabeth R. Taylor against Anthony A. Lisman.

PER CURIAM. Judgment and order of the City Court of Mt. Vernon affirmed, with costs.

RICH, J., dissents, on the ground that the plaintiff has failed to establish by a fair preponderance of evidence that the defendant received an order to sell at 51½.

TAYLOR v. MUNRO. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Lester C. Taylor against Norma L. Munro. No opinion. Motion granted, with $10 costs. Order filed.

THOMAS, Respondent, v. STORM, et al., Appellants. (Supreme Court, Appellate Division. Second Department. October 4, 1907.) Action by Marian H. Thomas against George H. Storm and others. No opinion. Judgment and order unanimously affirmed, with costs.

THOMPSON v. CARPENTER et al. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by David A. Thompson against Jonathan M. Carpenter and others. No opinion. Order affirmed, with $10 costs and disbursements.

THOMPSON, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Margaret Thompson against the city of Buffalo. No opinion. Order affirmed, with costs.

TIFFANY, Respondent, v. ELLIS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Henry C. Tiffany against John J. Ellis, impleaded with others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over, upon payment of the costs of the demurrer and of this appeal.

WILLIAMS, J., dissents. ROBSON, J., not sitting.

TOBIN, Appellant, v. QUENZER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Adaline Gertrude Tobin against Irene Quenzer and others. No opinion. Final order of the Municipal Court affirmed, with costs.

THOMPSON BONNEY CO., Respondent, v. I. S. VAN LOAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by the Thompson Bonney Company against the I. S. Van Loan Company. No opinion. Judgment of the Municipal Court affirmed, with costs.